TRACY THOMPSON, SBN 88173
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
Blockbuster Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER VIDEO, INC., BLOCKBUSTER, INC. and DOES 1-20,<br><br>    Defendants. | Case No. CIV-S-03-1115 MCE GGH<br><br>**STIPULATED DISMISSAL OF ACTION AND ORDER**<br>(FRCP Rule 41(a))<br><br>Complaint filed: April 14, 2003<br>Action removed: May 23, 2003 |

   Plaintiff Jennifer Hogan and Defendant Blockbuster Inc., by and through their attorneys of record, hereby stipulate as follows:

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action shall be and is hereby dismissed in its entirety with prejudice as against each and every Defendant. Each party shall bear its own costs and fees.

Dated: April ___, 2005     LAW OFFICES OF SUSAN RUBENSTEIN

              By_____
                Susan Rubenstein
                Attorneys for Plaintiff
                Jennifer Hogan

Dated: April ___, 2005     MORGAN, LEWIS & BOCKIUS LLP

              By_____
                Tracy Thompson
                Attorneys for Defendant
                Blockbuster Inc.

**ORDER**

IT IS SO ORDERED that the above-captioned action shall be and is hereby dismissed in its entirety with prejudice as against each and every Defendant. Each party shall bear its own costs and fees.

DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE